1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  KOELLER NEBEKER CARLSON & HALUCK, LLP
   300 South Fourth Street, Suite 500
3  Las Vegas, NV  89101
   Phone:  (702) 853-5500
4  Fax:  (702) 853-5599
   Attorneys for Defendant,
5  OTG SERVICES, LLC

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9  RED ROCK MACHINERY CO., INC., a     )   CASE NO.:  2:15-CV-01803-RFB-GWF
   Nevada Corporation,                  )
10                                       )   **STIPULATION AND ORDER**
                        Plaintiff,       )   **EXTENDING DEADLINE FOR OTG**
11                                       )   **SERVICES, INC.'S REPLY IN SUPPORT**
   vs.                                   )   **OF ITS MOTION TO DISMISS FOR**
12                                       )   **LACK OF PERSONAL JURISDICTION**
   OTG SERVICES, LLC, a Texas Limited   )
13 Liability Company,                    )
                                         )
                        Defendant.       )
14

15         **COME NOW**, Defendant, OTG Services, LLC (hereinafter referred to as "OTG") by

16  and through its counsel of record, Andrew C. Green, Esq., of the law firm of KOELLER,

17  NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, Red Rock Machinery Co., Inc.

18  (hereinafter referred to as Plaintiff") by and through its counsel of record Marisa L. Maskas,

19  Esq. of the law firm of HOWARD & HOWARD ATTORNEYS, PLLC hereby stipulate to

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   extend the deadline for OTG to file its Reply in support of its Motion to Dismiss for Lack of

2   Personal Jurisdiction to October 28, 2015.

3   DATED this 22nd day of October, 2015.          DATED this 22nd day of October, 2015.

4   KOELLER NEBEKER CARLSON              HOWARD  &  HOWARD  ATTORNEYS,
      & HALUCK, LLP                               PLLC
5

6   By  /s/Andrew C. Green, Esq.                   By:  /s/Marisa L. Maskas, Esq.
      ANDREW C. GREEN, ESQ.                          JENNIFER R. LLOYD, ESQ.
7     Nevada Bar No. 9399                            Nevada Bar No. 9617
      KOELLER NEBEKER CARLSON &                      Marisa L. Maskas, Esq.
8     HALUCK, LLP                                    Nevada Bar No. 10928
      300 South Fourth Street, Suite 500             3800 Howard Hughes Pkwy., Ste. 1000
9     Las Vegas, NV  89101                           Las Vegas, NV 89169
      Attorneys for Defendant,                       Attorneys for Plaintiff,
10    OTG SERVICES, LLC                              RED ROCK MACHINERY CO., INC.

11                                   **ORDER**

12        IT IS HEREBY ORDERED that Defendant, OTG SERVICES, LLC, shall file its

13  Reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction by or before

14  **Wednesday, October 28, 2015.**

15        DATED this 26th  day of October, 2015.

16

17  _____

18        RICHARD F. BOULWARE, II
          United States District Judge
19  Respectfully Submitted By:

20  KOELLER, NEBEKER, CARLSON
      & HALUCK, LLP
21

22  By  /s/Andrew C. Green, Esq.
      ANDREW C. GREEN, ESQ.
23    Nevada Bar No. 9399
      KOELLER NEBEKER CARLSON & HALUCK, LLP
24    300 South Fourth Street, Suite 500
      Las Vegas, NV  89101
25    Phone:  (702) 853-5500
      Fax:  (702) 853-5599
26    Attorneys for Defendant,
      OTG SERVICES, LLC
27

28