1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  KOELLER NEBEKER CARLSON
       & HALUCK, LLP
3  400 S. 4th St., Suite 600
   Las Vegas, NV 89101
4  Phone: (702) 853-5500
   Fax: (702) 853-5599
5  Attorneys for Defendant,
   OTG SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RED ROCK MACHINERY CO., INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OTG SERVICES, LLC, a Texas Limited Liability Company,<br><br>Defendant. | CASE NO.: 2:15-CV-01803-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

**COME NOW**, Defendant, OTG Services, LLC (hereinafter referred to as "OTG") by and through its counsel of record, Andrew C. Green, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, Red Rock Machinery Co., Inc. (hereinafter referred to as Plaintiff") by and through its counsel of record Jennifer R. Lloyd, Esq. of the law firm of HOWARD & HOWARD ATTORNEYS, PLLC hereby stipulate to extend the deadline for dispositive motions in this matter. This is the parties' first request to extend the deadline for dispositive motions. The present deadline for dispositive motions for this matter is May 17, 2017. This stipulated request to extend the dispositive motion deadline is timely submitted pursuant to LR IA 6-1 AND LR 26-4.

The parties stipulate and request extension of the deadline for dispositive motions to permit the parties additional time for potential exchanges that may permit resolution of this matter without further judicial intervention. The parties also stipulate and request extension of the deadline for dispositive motions to permit the deposition of Defendant if it will bear upon potential negotiations, and that may bear upon the necessity for any dispositive motions.

Defendant agrees to the deposition, which cannot be completed previously due to incompatible unavailability of counsel. Prior to this time, counsel for Defendant was scheduled for trial and subsequently underwent surgery. Likewise, counsel for Plaintiff was called out of the state to attend to family health concerns.

Based upon the foregoing, the parties hereby stipulate and request the deadline for dispositive motions be extended thirty (30) days to June 16, 2017. The parties further stipulate to creation of deadlines pursuant to FRCP 26 & LR 26-1 for additional deadlines following the dispositive-motion deadline, and specifically that the deadline for the joint pretrial order will be thirty (30) days after the dispositive-motion deadline, July 17, 2017, but if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further Court Order.

DATED this 24$^{rth}$ day of April, 2017.              DATED this 24$^{rth}$ day of April, 2017.

KOELLER NEBEKER CARLSON                               HOWARD & HOWARD ATTORNEYS,
 & HALUCK, LLP                                         PLLC

By  /s/Andrew C. Green, Esq.                          By:  /s/ Jason P. Weiland, Esq.
    ANDREW C. GREEN, ESQ.                                  JENNIFER R. LLOYD, ESQ.
    Nevada Bar No. 9399                                    Nevada Bar No. 9617
    400 S. 4th St., Suite 600                         JASON P. WEILAND, ESQ.
    Las Vegas, NV 89101                                    Nevada Bar No. 12127
    Attorneys for Defendant,                               3800 Howard Hughes Pkwy., Ste. 1000
    OTG SERVICES, LLC                                      Las Vegas, NV 89169
                                                           Attorneys for Plaintiff,
                                                           RED ROCK MACHINERY CO., INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS HEREBY ORDERED the deadline for dispositive motions is extended thirty (30) days to **June 16, 2017.** Additional deadlines following the dispositive-motion deadline will be determined by the rules, including FRCP 26 & LR 26-1, and specifically the deadline for the joint pretrial order will be thirty (30) days after the dispositive-motion deadline, July 17, 2017, but if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further Court Order.

DATED this 26th day of April, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
 & HALUCK, LLP


By  */s/Andrew C. Green, Esq.*
 ANDREW C. GREEN, ESQ.
 Nevada Bar No. 9399
 400 S. 4th St., Suite 600
 Las Vegas, NV  89101
 Phone:  (702) 853-5500
 Fax:  (702) 853-5599
 Attorneys for Defendant,
 OTG SERVICES, LLC