ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON
 & HALUCK, LLP
400 S. 4th St., Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendant,
OTG SERVICES, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RED ROCK MACHINERY CO., INC., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OTG SERVICES, LLC, a Texas Limited Liability Company,<br><br>　　　　　Defendant. | CASE NO.: 2:15-CV-01803-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT, WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, Red Rock Machinery Co., Inc. (hereinafter "Plaintiff") by and through its counsel of record, Jason P. Weiland, Esq. of HOWARD & HOWARD ATTORNEYS, LLC and Defendant, OTG Services, LLC (hereinafter "Defendant"), by and through its counsel of record, Andrew C. Green, Esq. of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, that Plaintiff hereby dismisses its

///
///
///
///
///
///
///
///
///

Complaint against Defendant in this matter with prejudice, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this ___ day of August, 2017.         DATED this 1st day of August, 2017.

KOELLER NEBEKER CARLSON          HOWARD & HOWARD ATTORNEYS,
& HALUCK, LLP                                    PLLC

By: _____            By: _____
ANDREW C. GREEN, ESQ.                        JENNIFER R. LLOYD, ESQ.
Nevada Bar No. 9399                              Nevada Bar No. 9617
400 S. 4th St., Suite 600                          JASON P. WEILAND, ESQ.
Las Vegas, NV 89101                              Nevada Bar No. 12127
Attorneys for Defendant,                          3800 Howard Hughes Pkwy., Ste. 1000
OTG SERVICES, LLC                              Las Vegas, NV 89169
                                                           Attorneys for Plaintiff,
                                                           RED ROCK MACHINERY CO., INC.

## ORDER

IT IS HEREBY ORDERED Plaintiff, Red Rock Machinery Co., Inc.'s Complaint against Defendant OTG Services, Inc. is dismissed, with prejudice, with each party to bear their own fees and costs.

DATED this 4th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By: _____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
400 S. 4th St., Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for Defendant,
OTG SERVICES, LLC

473601